# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Get Outdoors II, LLC.

                 **V.**                  **JUDGMENT IN A CIVIL CASE**

City of El Cajon

                                  **CASE NUMBER:**   03-CV-1437 W (RBB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants El Cajon's summary-judgment motion...

| November 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON November 20, 2007 |

03-CV-1437 W (RBB)